# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 11-03031 MMM (JCGx) | Date | May 26, 2011 |

Title   *Marilyn Alexander v. Novartis Pharmaceuticals Corp.*

Present: The Honorable   MARGARET M. MORROW

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** **Order to Show Cause Why the Action Should Not Be Transferred to the Eastern District of Pennsylvania**

On April 14, 2011, plaintiff Marilyn Alexander filed this action against defendant Novartis Pharmaceuticals Corporation ("Novartis").[1] The complaint alleges claims for strict liability, negligent manufacturing, failure to warn, and breach of warranty, arising out of Novartis' production and marketing of drugs that cause osteonecrosis of the jaw.[2] The complaint states that plaintiff resides in Warminster, Pennsylvania, and Novartis is a Delaware corporation with principal offices located in New Jersey.[3]

The court directs the parties to show cause why this action should not be transferred to the United States District Court for the Eastern District of Pennsylvania for the convenience of the parties and witnesses, and in the interests of justice. See 28 U.S.C. §§ 124(a), 1404(a). All facts on which the parties rely must be supported by appropriate declarations or other admissible evidence. To assist the court in determining whether transfer is appropriate and in the interests of justice, the parties are directed to address the following, in addition to sharing their beliefs as to which forum is more

---

[1] Complaint, Docket No. 1 (Apr. 11, 2011).

[2] See *id.*, ¶¶ 20-49.

[3] *Id.*, ¶¶ 2-4.

1

convenient for the parties and witnesses:

       1.       Whether this action could have been filed in the Eastern District of Pennsylvania;

       2.       Whether venue is appropriate in the Eastern District of Pennsylvania;

       3.       What contacts, if any, each of the parties has to the Central District of California and to the Eastern District of Pennsylvania. The parties should include information regarding the location of their administrative offices, real property, sources of revenue, and points of public contact;

       4.       What connection plaintiff's causes of action have to the Central District of California and to the Eastern District of Pennsylvania;

       5.       Which witnesses each party expects to call and where the witnesses reside;

       6.       The availability of compulsory process to compel attendance of unwilling non-party witnesses in the Central District of California as compared to the Eastern District of Pennsylvania;

       7.       The ease of access to sources of proof in each of the two forums;

       8.       The expected difference in the cost of litigation in the Central District of California as compared with the Eastern District of Pennsylvania; and

       9.       Whether there are alternate forums other than the Central District of California and the Eastern District of Pennsylvania, that would be more convenient, and why, keeping in mind the inquiries above.

       Plaintiff is directed to file a response to this order on or before **June 6, 2011**. Novartis may file a reply on or before **June 13, 2011**.